UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MAQUILAPLEX, LLC and TEXION S. DE R.L. DE C.V., | ) ) ) | Civil Action No. B-02-212 |
| Plaintiffs, | ) ) ) | STIPULATION FOR EXTENSION OF TIME TO SERVE AND FILE RESPONSIVE PLEADING OR MOTION |
| vs. | ) ) ) | |
| INTERNATIONAL MARKETING RESOURCES, INC., | ) ) ) | |
| Defendant. | ) ) | |

WHEREAS plaintiff Maquilaplex, LLC and defendant International Marketing Resources, Inc. ("IMR") are currently parties to a legal action pending in United States District Court for the District of Minnesota captioned *International Marketing Resources, Inc. v. Maquilaplex,* Civil Action No. 02-3459 DWF/SRN (the "Minnesota Action").

WHEREAS parties to the Minnesota Action are also parties to the present action.

WHEREAS Maquilaplex has brought a motion to dismiss the Minnesota Action for lack of personal jurisdiction or, or alternatively, on grounds of forum non conveniens; IMR has filed a memorandum of law in the Minnesota Action opposing that motion; and the motion is scheduled to be heard by the Minnesota federal district court on November 22, 2002.

THEREFORE, all parties to this action, through their respective counsel, hereby agree and stipulate that defendant IMR shall not be required to serve or file an initial pleading or motion in response to Maquilaplex's petition in this action until ten (10) days after the Minnesota

federal district court has issued a ruling on Maquilaplex's motion to dismiss the Minnesota Action. By entering into this stipulation, IMR does not waive and expressly preserves the right to assert in its responsive pleading and/or motion any and all denials, claims or defenses that may be available to it as of the date of the signing of this Stipulation.

STIPULATED TO BY:

Date: November 13, 2002

**GRIFFIN & MATTHEWS**

By: _____
Samuel S. Griffin, III
State Bar No. 08473800
W. Michael Taylor
State Bar No. 00789675
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
Telephone: (281) 870-1124
Facsimile: (281) 870-1647

**ATTORNEYS FOR PLAINTIFFS, MAQUILAPLEX, LLC and TEXION S. de R.L. de C.V.**

Date: November 14, 2002                    **RODRIGUEZ, COLVIN & CHANEY, L.L.P.**

By: *Alison D. Kennamer by perm. RMV*
Alison D. Kennamer
Attorney-in-Charge
State Bar No. 11280400
Southern District Admissions No. 12023
1201 East Van Buren
P.O. box 2155
Brownsville, Texas 78520
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

and

OF COUNSEL:

**LINDQUIST & VENNUM P.L.L.P.**
Steven D. Kelley
Minn. Bar No. 229726
Christopher Lynch
Minn. Bar. No. 284154
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

**ATTORNEYS FOR DEFENDANT
INTERNATIONAL MARKETING
RESOURCES, INC.**

Doc# 1703689\1