**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **MAQUILAPLEX, LLC and TEXION S. DE R.L. DE C.V.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. B-02-212** |
| | § | |
| **INTERNATIONAL MARKETING RESOURCES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

BE IT REMEMBERED, that on November 20, 2002, the Court considered the parties' Stipulation for Extension of Time to Serve and File Responsive Pleading or Motion [Dkt. No. 3].  The Court hereby **GRANTS** the parties' motion, and **ORDERS** Defendant International Marketing Resources, Inc. to file an initial pleading or response motion to Plaintiff Maquilaplex's Petition no later than ten (10) days after the United States District Court for the District of Minnesota issues a ruling on Plaintiff Maquilaplex's motion to dismiss.

DONE at Brownsville, Texas, this 20th day of November, 2002.

Hilda G. Tagle
United States District Judge