IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MAQUILAPLEX LLC and | § | |
| TEXION S. DE R.L. DE C.V. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-212 |
| | § | |
| INTERNATIONAL MARKETING | § | |
| RESOURCES, INC. | § | |

## PLAINTIFFS' REPLY TO DEFENDANT'S COUNTERCLAIM

Plaintiffs, MAQUILAPLEX LLC and TEXION S. DE R.L. DE C.V., file this Reply to Defendant's Counterclaim, and in support thereof would respectfully show the Court as follows:

### Factual Background

1.  Plaintiffs admit that James Griffin is the president and principal owner of Maquilaplex. Plaintiffs deny the remaining allegations contained in paragraph 23 of the Counterclaim.

2.  Plaintiffs admit that Defendant did business with DNL Warehouse Company. Plaintiffs deny the remaining allegations contained in paragraph 24 of the Counterclaim.

3.  Plaintiffs deny the allegations contained in paragraph 25 of the Counterclaim.

4.  Plaintiffs deny the allegations contained in paragraph 26 of the Counterclaim.

5.  Plaintiffs deny the allegations contained in paragraph 27 of the Counterclaim.

6. Plaintiffs deny the allegations contained in paragraph 28 of the Counterclaim.

7. Plaintiffs deny the allegations contained in paragraph 29 of the Counterclaim.

8. Plaintiffs deny the allegations contained in paragraph 30 of the Counterclaim.

9. Plaintiffs deny the allegations contained in paragraph 31 of the Counterclaim.

10. Plaintiffs deny the allegations contained in paragraph 32 of the Counterclaim.

11. Plaintiffs deny the allegations contained in paragraph 33 of the Counterclaim.

12. Plaintiffs deny the allegations contained in paragraph 34 of the Counterclaim.

13. Plaintiffs deny the allegations contained in paragraph 35 of the Counterclaim.

14. Plaintiffs deny the allegations contained in paragraph 36 of the Counterclaim.

15. Plaintiffs deny the allegations contained in paragraph 37 of the Counterclaim.

16. Plaintiffs deny the allegations contained in paragraph 38 of the Counterclaim.

17. Plaintiffs deny the allegations contained in paragraph 39 of the Counterclaim.

## Count I
### (Breach of Contract)

18. Plaintiffs deny the allegations contained in paragraph 40 of the Counterclaim.

19. Plaintiffs deny the allegations contained in paragraph 41 of the Counterclaim.

20. Plaintiffs deny the allegations contained in paragraph 42 of the Counterclaim.

21. Plaintiffs deny the allegations contained in paragraph 43 of the Counterclaim.

## Count II
### (Conversion)

22. Plaintiffs deny the allegations contained in paragraph 44 of the Counterclaim.

23. Plaintiffs deny the allegations incorporated in paragraph 45 of the Counterclaim.

24. Plaintiffs deny the allegations contained in paragraph 46 of the Counterclaim.

25. Plaintiffs deny the allegations contained in paragraph 47 of the Counterclaim.

26.   Plaintiffs deny the allegations contained in paragraph 48 of the Counterclaim.

27.   Plaintiffs deny the allegations contained in paragraph 48 of the Counterclaim.

WHEREFORE, Plaintiffs, MAQUILAPLEX LLC and TEXION S. DE R.L. DE C.V., prays that Defendant take nothing by way of its Counterclaim, and for such other and further relief to which Defendant may be entitled.

Respectfully submitted,

GRIFFIN & MATTHEWS

BY: _____
SAMUEL S. GRIFFIN, III
Texas Bar No. 08473800
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124 - telephone
(281) 870-1647 - fax

ATTORNEY-IN-CHARGE

OF COUNSEL:

W. MICHAEL TAYLOR
Texas Bar No. 00789675
GRIFFIN & MATTHEWS
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124
(281) 870-1647 (Fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record, via facsimile, on January 9, 2003:

Ms. Alison D. Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, TX 78520

_____
W. MICHAEL TAYLOR