United States District Court
Southern District of Texas
FILED

FEB 1 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAQUILAPLEX LLC and <br> TEXION S. DE R.L. DE C.V. | § § § | |
| VS. | § | CIVIL ACTION NO. B-02-212 |
| INTERNATIONAL MARKETING <br> RESOURCES, INC. | § § § § | |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

MAQUILAPLEX LLC and TEXION S. DE R.L. DE C.V., Plaintiffs, in the above entitled and numbered cause, designate the following persons/entities who may have a financial interest in the outcome of this matter:

1.  Maquilaplex LLC – Plaintiff
    Texion D. De R.L. De C.V. - Plaintiff
    c/o attorneys of record:
    Samuel S. Griffin, III
    W. Michael Taylor
    Griffin & Matthews
    1155 Dairy Ashford, Suite 300
    Houston, Texas 77079
    Ph: (281) 870-1124
    Fax: (281) 870-1647

2.  James T. Griffin
    2100 Les Mauldin
    Brownsville, Texas 78521
    (956) 542-4138

        Respectfully submitted,

        GRIFFIN & MATTHEWS

        BY: _____
            SAMUEL S. GRIFFIN, III
            Texas Bar No. 08473800
            1155 Dairy Ashford, Suite 300
            Houston, Texas 77079
            (281) 870-1124 - telephone
            (281) 870-1647 - fax

        ATTORNEY-IN-CHARGE

OF COUNSEL:

W. MICHAEL TAYLOR
Texas Bar No. 00789675
GRIFFIN & MATTHEWS
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124
(281) 870-1647 (Fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record, via facsimile, on February 10, 2003:

Ms. Alison D. Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, TX 78520

W. MICHAEL TAYLOR