# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |
| DATE | 03 — 17 — 03 |
| TIME | 2:30 p.m. — 2:45 p.m. |
| CIVIL ACTION | B — 02 — 212 |
| STYLE | MAQUILAPLEX. LLC, ET AL *versus* INT'L MARKETING RESOURCES, INC. (IMR) |



United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;          (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):   William Taylor, III
Attorney(s) for Defendant(s):   Alison Diane Kennamer

---

Comments:

　　Plaintiff has sent a non-negotiable settlement proposal. Although the deadline for response has passed, Defendants have been in contact w/ Plaintiffs and the offer is still open. After 30 days if case is not resolved, parties will need to move forward.

***Status Report on Settlement should be filed by May 1, 2003.*** If not settled by this date, the Court will then enter a scheduling order.

　　Although defendants do not argue the amount in controversy does not exceed the jurisdictional minimum, the Court should make sure the amount in controversy, before costs and fees, meets the requirement. Pls represented to the Court that the amount would be around 125,000, but they may be including other costs and fees. May need to request they amend their complaint.