**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

Maquilapeuf LLC
versus
International Marketing

§
§
§
§
§

CIVIL ACTION B- 02-212

United States District Court
Southern District of Texas
ENTERED
MAR 2 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

Scheduling Order

1. Trial: Estimated time to try: __4__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by:     __6/2/03__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __10/31/03__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    __12/30/03__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* The court will provide these dates. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Dispositive Motions will be filed by:    __1/30/04__

7. Joint pretrial order is due:    __3/18/04__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    __4/1/04__

9. Jury Selection is set for 9:00 a.m. on:    __4/5/04__

The case will remain on standby until tried.

Signed __March 25__, ~~2001~~ 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

WMT - Counsel for Plaintiffs
AR - Counsel for Defendant MMR