IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAQUILAPLEX LLC and<br>TEXION S. DE R.L. DE C.V. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-212 |
| INTERNATIONAL MARKETING<br>RESOURCES, INC. | § § § | |

## UNOPPOSED AGREED MOTION TO DISMISS ALL CLAIMS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, MAQUILAPLEX, L.L.C. and TEXION S. DE R.L.DE C.V., Plaintiffs and Counter-Defendant, and INTERNATIONAL MARKETING RESOURCES, INC., ("IMR"), Defendant and Counter-Plaintiff and file this Unopposed Agreed Motion to Dismiss All Claims, as follows:

I.

The parties note for the Court that all matters in controversy between the parties have been resolved and ask that the Court enter an Order of Dismissal of all claims herein.

WHEREFORE, all parties request this Court sign an Order dismissing all claims by any party herein with prejudice, with costs of court to be taxed against the party incurring same.

Dismissal

Page 1

Respectfully submitted,

*[signature]*

Samuel S. Griffin III
Attorney-in-Charge
State Bar No. **08473800**
Southern District Admissions No. **9549**
GRIFFIN & MATTHEWS
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
**(281) 890-1124**
**Fax (281) 870-1647**

ATTORNEYS FOR PLAINTIFF, ~~DIMPLES NOVA/LINK, INC.~~ **MAQUILAPLEX, LLC. AND TEXIONS. DE R.L. DE C.V.**

*[signature]*

Alison D. Kennamer
Attorney-in-Charge
State Bar No. 11280400
Southern District Admissions No. 12023
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170


ATTORNEYS FOR DEFENDANT, INTERNATIONAL MARKETING RESOURCES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

>Samuel S. Griffin III
>Griffin & Matthews
>1155 Dairy Ashford, Suite 300
>Houston, Texas 77079
>Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission on this the ___27th___ day of __May__, 2003.

_____
Alison D. Kennamer