IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MAQUILAPLEX, L.L.C. AND TEXION S. DE R.L. DE C.V.** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION B-02-212 |
| **INTERNATIONAL MARKETING RESOURCES, INC.** | § § § § | |
| Defendant. | § § | |

United States District Court
Southern District of Texas
ENTERED
JUNE 1 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

### Final Order of Dismissal

BE IT REMEMBERED that on June 9, 2003, the Court considered the Parties' Stipulation of Dismissal [Dkt. No. 12]. The Court, having been advised by counsel that a settlement has been reached, dismisses all claims and counter claims with prejudice. All Parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 9th day of June, 2003.

Hilda G. Tagle
United States District Judge